IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHAD FANT, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-1769 |
| | : | |
| LOANDEPOT.COM d/b/a MORTGAGE MASTER | : : | |

**ORDER**

AND NOW, this 5th day of August 2020, upon consideration of Defendant Loandepot.com d/b/a Mortgage Master's Motion to Dismiss, Plaintiffs Chad Fant and Kalyse Fant's opposition, and Loandepot's reply, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 19) is GRANTED in part: Counts Three and Four of the Fants' Amended Complaint are dismissed with prejudice and without leave to amend. The Motion is otherwise DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.